IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MELISSA L. PETTIT, | ) | |
| Plaintiff, | ) | 8:09CV206 |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on defendant's second motion to extend time to respond to plaintiff's brief until January 4, 2010. Filing No. 12. The Court will grant this motion but will not grant further motions to extend absent a showing of good cause.

THEREFORE, IT IS ORDERED THAT defendant's motion for an extension of time, Filing No. 12, is granted until January 4, 2010.

DATED this 1st day of December, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge